UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIA ANTOINETTE MARTIN,<br><br>    Plaintiff,<br><br> -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 25-CV-7121 (RFT)<br><br><u>ORDER</u> |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

  The Electronic Certified Administrative Record is due by **December 15, 2025**. Plaintiff's brief in support shall be filed by **January 14, 2026.** The Government's opposition shall be filed by **February 24, 2026.** Plaintiff's reply brief shall be filed by **March 10, 2026.**

DATED: November 19, 2025
     New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge